### 29033. CHANCELLOR v. ALEXANDER.

GARDNER, J. The petition, while doubtless subject to some criticism as set forth in the grounds of the special demurrer, was sufficient to withstand a general demurrer, under the Code, § 81-101. The court erred in sustaining the general demurrer.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 18, 1941.

*H. W. McLarty,* for plaintiff.   *V. E. Adams,* for defendant.